■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN FLORES, Appellant.—Judgment, Supreme Court, New York County (Herbert I. Altman, J.), rendered September

4, 1990, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him as a predicate felony officer to concurrent terms of imprisonment of 5 to 10 years, unanimously affirmed.

Upon an independent review of the facts, we find that the verdict was not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490). Defendant has not demonstrated that the jury failed to accord the evidence its proper weight, and the jury was entitled to reject defendant's account of the incident. *(People v Siu Wah Tse,* 91 AD2d 350, 352.) Defendant's argument that comments made by the prosecutor during summation deprived him of a fair trial is unpreserved (CPL 470.05 [2]), and, in any event, without merit *(People v Galloway,* 54 NY2d 396). Concur—Sullivan, J. P., Wallach, Asch, Kassal and Rubin, JJ.